**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION**

**JAMES HAMMER**                                                                    **PLAINTIFF**

**V.**                                                             **NO. 4:12CV00052-SA-JMV**

**THE CITY OF HOLLANDALE,
MISSISSIPPI, ET AL.**                                           **DEFENDANTS**

**ORDER**

Before the court is Municipal Defendants' motion to waive the requirement that the parties attend the final pretrial conference scheduled in this matter for July 23, 2013. In support of the motion, Municipal Defendants state, among other things, that the individual Defendants who are members of the City of Hollandale's Board of Aldermen expect that a meeting of said Board will be held on July 23. Said Defendants request to be excused from attending the final pretrial conference in order to avoid having to reschedule the Board meeting for lack of a quorum.

Because the final pretrial conference has been reset for July 24, 2013, the conflict relied upon by Defendants no longer exists. Accordingly, because Defendants have stated no other reason sufficient to justify their being excused from attending the final pretrial conference, the instant motion is DENIED.

This, the 12th day of July, 2013.

                                                                              **/s/ Jane M. Virden**
                                                                              **U. S. MAGISTRATE JUDGE**